138598 Andre R. Thomas
Del. Corr. Center
1181 Paddock Rd
Smyrna, Del. 19977

Clerk
U.S. District Court
Lock Box 18
844 N. King St
Wilm. Del 19801

4/23/05

FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk:

My Name Is Andre R. Thomas, I'm Pro Se, In Case Civ. Act. No. 04-159-JJF. Please Send me a Status report of the Above Case And let me Know when the Judge Is excepted to Rule on the Red Motion under 2254.

Thank you,
Pro Se, Andre R. Thomas



IM Andre R. Thomas
SBI# 138598 UNIT MHU-Bld. 22 L-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
U.S. District Court
Lock Box 18
844 N. King St.
Wilm, Del   19801