OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 4, 2005

TO:  Andre R. Thomas
     SBI# 138598
     DCC
     1181 Paddock Road
     Smyrna, DE 19977

*RE:*  Status Letter; 04-159(JJF)

Dear Mr. Thomas:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Joseph J. Farnan, Jr., and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc: The Honorable Joseph J. Farnan, Jr.
enc. Docket Sheet