138598  Andre R. Thomas
DCC 1181 Paddock Rd
Smyrna, Del 19977

Peter T. Dalleo
Clerk District Court - Lockbox 24
Federal Building 844 N. King St
Wilm, Del 19801

Dear Mr. Dalleo:

Please forward to me a status report of case CA 04-0159-JJF, As this case has been pending for (23) months, Remaining undecided, As I am awaiting a decision and/or settlement.

Date: 2/1/06

Respectfully Submitted,
Andre R. Thomas
Andre R. Thomas Pro Se

cc: Penny Marshall
Federal Public Defender
File

FILED
FEB - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Audre Thomas
138598 UNIT 21
[DEL]AWARE CORRECTIONAL CENTER
[   ] PADDOCK ROAD
[SMY]RNA, DELAWARE 19977

Peter T. Dalleo
Clerk District Court
Federal Building- Lockbox 84
844 N. King Street
Wilmington, Delaware
19801-3570

WILMINGTON DE 198
PM 2 FEB 2006

U.S.M.S
X-RAY