IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDRE R. THOMAS,                :
                                :
        Petitioner,             :
                                :
    v.                          :   Civ. Act. No. 04-159-JJF
                                :
THOMAS L. CARROLL, Warden,      :
                                :
        Respondent.             :

## O R D E R

At Wilmington, this 31 day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Andre Thomas' Petition For A Writ Of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DENIED. (D.I. 1.; D.I. 6.)

2. The Court will issue a certificate of appealabilty to determine whether Petitioner's constitutional right to a fair trial was violated when the Superior Court proceeded with his trial *in absentia* without appointing counsel to represent him.

                                    /s/ Joseph J. Farnan
                                    UNITED STATES DISTRICT JUDGE