In The United States District Court District of Delaware

Andre R. Thomas
    Petitioner,

V.

Thomas L. Carroll, Warden
    Respondent.

Civil Action No. 04-159-JJF

## Notice of Appeal

Andre R. Thomas, petitioner in the above Captioned Civil Action, hereby Appeals from the order of the United States District Court for the District of Delaware entered on March 31, 2006 Denying petitioner's petition for Writ of Habeas Corpus pursuant to U.S.C. Sec. 2254, and issuing a Certificate of Appealability to determine whether petitioner's Constitutional right to a fair Trial was violated.

FILED
APR - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bo scanned

*Andre R. Thomas*
Pro. Se Andre R. Thomas
DCC 1181 Paddock Rd
Smyrna, Del 19977

In The United States District Court District of Delaware

Andre R. Thomas
    Petitioner,
V.
Thomas L. Carroll, Warden
    Respondent.

Civil Action No. 04-159-JJF

## Certificate of Service

1.) I hereby certify that on Apr. 5, 2006 a copy of the Notice of Appeal was served via Delaware Correctional Center mail upon the following:

Peter T. Dalleo
Clerk District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, De 19801

Thomas E. Brown
Deputy Atty. General
Dept. of Justice
820 N. French Street
Wilmington, Del. 19801

2.) I certify that the I send this out on Apr. 5. 2006

    _Andre R. Thomas_
    Pro Se Andre R. Thomas
    DCC 1181 Paddock Rd

