Andre R. Thomas
DCC 1181 Paddock Rd
Smyrna, Del 19977

Office of the Clerk
United States District Court
844 King Street, Lockbox 18        04-159 (JJF)
Wilmington, Delaware 19801

Advising Case Manager, Tina Koperna
that such service has been made.

                     This, to Advise
and/or request more time to file
a motion for Leave to Proceed
In Forma Pauperis because I have
to wait on the Supportive Services
manager to send me a Certified
Statement from my Inmate
Account.

                                very truly yours,
Date: 4/19/06                      *Andre R. Thomas*
                                  Andre R. Thomas

FILED
APR 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

## Proof of Service

I certify that on 4/19/06 date I mailed letter to parties listed below, via First Class mail,

Office of the Clerk
United States District Court
844 King Street, Lockbox 18
Wilm, Del 19801-3570

Tina Koperna, Case Manager
United States Court of Appeals
For the Third Circuit
601 Market Street
Philadelphia, PA  19106-1790

I certify that this document was given to prison officials on 4/19/06 date for forwarding to the District Court and Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct 28 U.S.C. 1746.

Date: 4/19/06

*Andre R. Thomas*
Andre R. Thomas



WILMINGTON DE 197
20 APR 2006 PM 3 L

Peter T. Dalleo
United States District Court
844 King Street
Wilmington, Delaware
19801-3570

I/M Andre R. Thomas
SBI# 138598 UNIT 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977