# In The United States Court of Appeals For The Third Circuit

Andre R. Thomas,
Appellant

v.

Thomas L. Carroll, Warden
Respondent,

NO. 06-2282

RECEIVED
APR 24 2006

## Motion For Appointment of Counsel

Comes Now, The Appellant, Andre R. Thomas Pro Se, and moves this Honorable Court for the Appointment of Counsel, to represent Appellant

In Support of this Motion Appellant states that the following is true and correct, to the best of his knowledge and belief:

1.) Appellant is incarcerated, being housed in maximum security which limits Appellant's access to the Law Library.

2.) The root cause of this Appeal is the Lack of due process, A one-sided Trial with nobody representing Appellant at his Trial, which could fall under a complete breakdown in the adversarial process. Appointment of Counsel would serve "the best interests of Justice" in this case.

Wherefore, Appellant prays this Honorable Court appoint Counsel to represent the Appellant

Date: 4/19/06

Andre R. Thomas
Delaware Correctional Center
1181 Paddock Rd
Smyrna, Delaware 19977

I certify that on 4/21/06 date I mailed a copy of Affidavit Accompanying motion for Permission to Appeal In forma Pauperis and a motion for Appointment of Counsel. via First Class mail to the following parties at the Addresses Listed below:

Office of the Clerk
  District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Thomas E. Brown
Deputy Atty. General
820 N. French St
Wilm, Del 19801

Office of the Clerk C/o Tina Koperna Case Manager
United States Court of Appeals
  for the Third Circuit
    601 Market Street
Philadelphia, PA 19106-1790

I certify that those documents were given to prison officials on 4/21/06 date for Forwarding to the Above Listed parties.
I Certify under penalty of perjury that the foregoing is true and Correct 28 U.S.C. 1746.

Date: 4/19/06

Audre R. Thomas
1181 Paddock Rd
Smyrna, Delaware 19977

Subscribed to before me
this 19th day April, 2006

Timothy J. Marts
(Notary Public)
My Commission expires: June 14th, 2006