# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

04-159 (JJF)

TO: _Andre Thomas_ SBI#: _138598_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _April 26, 2006_

FILED
MAY -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
_October 1, 2005_ to _March 31, 2006_

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 78.09 |
| Nov | 33.55 |
| Dec | 5.03 |
| Jan | 7.74 |
| Feb | 135.51 |
| March | 158.70 |

Average daily balances/6 months: _68.89_

Attachments
CC: File

_Stacy Shane_
4/26/06

IM Andre R. Thomas
SBI# 138548  UNIT DCC
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

WILMINGTON DE 197
04 MAY 2006 PM 2 L

Peter T. Dalleo
U.S. Court House
844 King Street
Lock box 18
Wilmington, Delaware
19801