C.A 04-159 JJF

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $95.74 |
|---|---|---|---|---|---|---|
| 00138598 | Thomas | Andre | R | | | |

Current Location: 21   Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/15/2006 | ($28.48) | $0.00 | $0.00 | $67.26 | 237065 | | | |
| Visit | 3/15/2006 | $150.00 | $0.00 | $0.00 | $217.26 | 237127 | 9252002835-06466 | | L. HENRY |
| Canteen | 3/28/2006 | ($28.49) | $0.00 | $0.00 | $188.77 | 241621 | | | |

Ending Mth Balance: $188.77

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)

[Clerk stamp: 2006 MAY -8 AM 11:19]
rec'd by FAX from DOC bus. Office

# Individual Statement

Date Printed: 5/8/2006

## For Month of February 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.00 | |
|---|---|---|---|---|---|---|---|
| 00138598 | Thomas | Andre | | R | | | |
| Current Location: | 21 | | | Comments: QO14 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/1/2006 | $150.00 | $0.00 | $0.00 | $170.00 | 215427 | 190006328 | | L. HENRY |
| Canteen | 2/1/2006 | ($14.02) | $0.00 | $0.00 | $155.98 | 215739 | | | |
| Supplies-MailP | 2/2/2006 | ($2.79) | $0.00 | $0.00 | $153.19 | 217373 | | 1/2/06 | |
| Supplies-MailP | 2/2/2006 | ($0.83) | $0.00 | $0.00 | $152.36 | 217590 | | 12/21/05 | |
| Canteen | 2/14/2006 | ($29.91) | $0.00 | $0.00 | $122.45 | 222367 | | | |
| Canteen | 2/28/2006 | ($26.71) | $0.00 | $0.00 | $95.74 | 228122 | | | |

Ending Mth Balance: $95.74

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)

# Individual Statement

Date Printed: 5/8/2006

## For Month of January 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00138598 | Thomas | Andre | R | | | |

Current Location: 21   Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/17/2006 | $0.00 | $0.00 | ($2.79) | $0.00 | 209096 | | | |
| Supplies-MailP | 1/18/2005 | $0.00 | $0.00 | ($0.83) | $0.00 | 210522 | | | |
| Mail | 1/20/2006 | $20.00 | $0.00 | $0.00 | $20.00 | 211559 | 7621064460 | 12/21/05 | J. LYNCH |

Ending Mth Balance: $20.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $19.23 | | |
|---|---|---|---|---|---|---|---|---|
| 00138598 | Thomas | Andre | R | | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 12/6/2005 | ($14.96) | $0.00 | $0.00 | $4.27 | 191595 | | | |
| Canteen | 12/20/2005 | ($4.27) | $0.00 | $0.00 | $0.00 | 197326 | | | |
| | | | | Ending Mth Balance: | $0.00 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

## For Month of November 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.39 |
|---|---|---|---|---|---|---|
| 00138598 | Thomas | Andre | R | | | |

Current Location: 21    Comments: QOLA

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 11/8/2005 | ($14.74) | $0.00 | $0.00 | $35.65 | 180744 | | | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $35.05 | 183160 | | DST/POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.06) | $0.00 | $0.00 | $33.99 | 183159 | | DST/POSTAGE | |
| Canteen | 11/22/2005 | ($14.76) | $0.00 | $0.00 | $19.23 | 187198 | | | |

Ending Mth Balance: $19.23

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)

# Individual Statement

Date Printed: 5/8/2006

Page 1 of 1

## For Month of October 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $114.47 |
|---|---|---|---|---|---|---|
| 00138598 | Thomas | Andre | R | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 10/5/2005 | ($19.83) | $0.00 | $0.00 | $94.64 | 166121 | | | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $93.81 | 168503 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $92.98 | 168512 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $92.15 | 168513 | | POSTAGE | |
| Canteen | 10/13/2005 | ($19.62) | $0.00 | $0.00 | $72.53 | 170827 | | | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($1.05) | $72.53 | 171394 | | DST/POSTAGE | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($0.60) | $50.39 | 171395 | | DST/POSTAGE | |
| Canteen | 10/25/2005 | ($22.14) | $0.00 | $0.00 | $50.39 | 175216 | | | |

Ending Mth Balance: $50.39

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($1.50)