138598 Andre R. Thomas
D.C.C. 1181 Paddock Rd
Smyrna, Delaware 19977

Peter T. Dalleo
U.S. Court House
844 King St
Lockbox 18
Wilm, Del 19801

CA 04-159 JJF

Dear : Mr. Dalleo, Please find enclosed a Certify Inmate Account Statement From the Last 6 months of my Account.

Please proceed with my motion for Leave to proceed Informa Pauperis, In Case #No. 06-2282

Date: 5/3/06

Thank you,
Andre R Thomas



FILED
MAY -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Proof of Service

I certify that on 5/3/06, I mailed a Certify Inmate Account Statement via First Class mail at the Delaware Correctional Center to the below listed:

Peter T. Dalleo
U.S. Court House
844 King Street
Wilm., Del 19801

I certify that this document was given to prison officials on 5/3/06 for forwarding to the District Court.
I certify under penalty of perjury that the foregoing is true and correct 28 U.S.C 1746.

5/3/06                              Andre R. Thomas

Andre R. Thomas
SBI# 138548  UNIT DCC
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DIST. X-RAY

WILMINGTON DE 197
04 MAY 2006 PM 2 L

Peter T. Dalleo
U.S. Court House
844 King Street
Lockbox 18
Wilmington, Delaware
19801