IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDRE R. THOMAS,                :
                                :
        Petitioner,             :
                                :
v.                              :   Civil Action No. 04-159-JJF
                                :
THOMAS CARROLL,                 :
Warden,                         :
                                :
        Respondent.             :

O R D E R

At Wilmington this 5 day of June, 2006;

IT IS ORDERED that:

Petitioner's Motion To Proceed In Forma Pauperis On Appeal is **GRANTED**.  (D.I. 27.)  See Federal Rule of Appellate Procedure 24(a).

_____
UNITED STATES DISTRICT JUDGE