In the United States District Court District of Delaware

Audre R. Thomas
Petitioner,

v.

Thomas L. Carroll, Warden
Respondent.

Civil Action No. 04-159-JJF

RECEIVED JUL 12 2006

## Notice of Appeal

Audre R. Thomas, petitioner in the above captioned civil action, hereby appeals from the order of the United States District Court for the District of Delaware entered on March 31, 2006 denying petitioner's petition for writ of Habeas Corpus pursuant to U.S.C. Sec. 2254 and issuing a Certificate of Appealability to determine whether petitioner's constitutional right to a fair trial was violated.

Date: 4/10/06

Andre R. Thomas
Pro. Se Audre R. Thomas
DCC 1181 Paddock Rd
Smyrna, Del 19977

Subscribed before me this 10th day of April, 2006

Timothy S. Martin
(Notary Public)
my Commission expires: June 14, 2006

In The United States District Court District of Delaware

Andre R. Thomas,
  Petitioner,
v.
Thomas L. Carroll, Warden,
  Respondent.

Civil Action
No. 04-159-JJF

## Certificate of Service

1.) I hereby certify that on April 13, 2006, a copy of the Notice of Appeal was served via Delaware Correctional Center mail upon the following:

Thomas E. Brown
Deputy Atty. General
820 N. French St
Wilm, Del 19801

The Honorable Joseph J. Farnan, Jr.
844 N. King St
Room 4124 - Lockbox 27
Wilm, Del 19801

2.) I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements by me are willfully false, I am subject to punishment.

Pro Se, Andre R. Thomas

From:
Andre R. Thomas
SBI# 138598 UNIT 2L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
14 APR 2006 PM 1 T

RECEIVED
JUL 12 2006

U.S.M.S.
X-RAY

Honorable Joseph J. Farnan Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124 - Lockbox 27
Wilmington, Delaware 19801