OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4930 |

www.ca3.uscourts.gov

July 19, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE 19801

RE: Docket No. 06-2282
    Thomas vs. Carroll
    D. C. No. 04-cv-00159 JJF

Dear Mr. Dalleo:

    Receipt is acknowledged on 7/13/06, of notice of appeal filed with the district court on 7/12/06, in the above-captioned case.

    Since the notice of appeal filed on 4/13/06 is duplicative of the appeal already docketed at No. 06-2282, this notice will not be given a new number but will be placed in the file.

                          Very truly yours,
                          MARCIA M. WALDRON
                          Clerk

                          By:  Tina Koperna
                                Case Manager

cc:
    Mr. Andre R. Thomas
    Loren C. Meyers, Esq.
    Thomas E. Brown, Esq.