UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

August 27, 2007

Attn: Jean
Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

> RE: Thomas v. Carroll
> Civil Action No. 04-159 JJF
> USCA No. 06-2282

Dear Ms. Waldron:

    Enclosed please find:

    The Actual Records are being sent DI# 1-15.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

> Very truly yours,
>
> /s/ Elizabeth Strickler
> Deputy Clerk

Enclosures          Sign here _____