UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **06-2282**

Thomas v. Carroll
(D. Del. No. 04-cv-00159)

**ORDER**

On April 13, 2006, Appellant filed a pro se notice of appeal from the order of the United States District Court for the District of Delaware denying appellant's petition for writ of habeas corpus.

On that same date, the District Court certified the lower court record to the Court of Appeals. The lower court record does not contain the state court record. Insofar as it appears that the state court record is required for the disposition of the appeal, it is hereby ORDERED that the District Court obtain the record from the Superior Court of the State of Delaware in and for New Castle County for the direct and post conviction proceedings in State of Delaware v. Thomas, Cr. A. No. IN02-08-1615. The District Court shall forward the record to the Court of Appeals upon receipt.

By the Court,

A True Copy:

/s/Marcia M. Waldron       *Marcia M. Waldron*
Clerk             Marcia M. Waldron, Clerk

Date: 1/8/08

/cc:   Peter A. Levin, Esq.
       Loren C. Meyers, Esq.
       District Court of Delaware