IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ANDRE R. THOMAS,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Civ. Act. No. 04-159-JJF |
| ) | |
| **PERRY PHELPS**, Warden, and ) | |
| the **ATTORNEY GENERAL OF** ) | |
| **THE STATE OF DELAWARE,** ) | |
| ) | |
| Respondents ) | |

### NOTICE OF FILING OF STATE COURT RECORDS

Pursuant to the order of the Court of Appeals (DI 34), respondents submit herewith certified copies of the following Delaware Superior Court records in the case of *State of Delaware v. Andre R. Thomas*, Crim. Act. No. IN02-09-1615:

a. Superior Court Docket Sheet

b. Indictment (Superior Court Docket Item ("DI") 2)

c. Motion to Withdraw as Counsel (DI 3)

d. State's Response to Motion to Withdraw as Counsel (DI 4)

e. Motion to Withdraw as Counsel and for Defendant to Proceed Pro Se (DI 5)

f. Court Clerk's Worksheet (Oct. 28, 2002) (DI 7)

g. Court Clerk's Worksheet (Oct. 28, 2002) (DI 8)

h. Motion for Pro Se Application (DI 12)

i. State's Response to Motion to Proceed Pro Se (DI 13)

j. Defendant's Request for Standby Counsel (DI 17)

k. Motion to Sentence Defendant as Habitual Criminal and for Forfeiture of Good Time Credits (DI 25)

l. Habitual Criminal Order (DI 27)

    m.  Sentence Order (DI 34)

    n.  Trial Transcript (DI 37)

    o.  Sentencing Transcript (DI 36)

/s/ Loren C. Meyers
Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar ID 2210

April 3, 2008

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on April 3, 2008,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Peter A. Levin, Esq.
1927 Hamilton St.
Philadelphia, PA  19130

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

Loren C. Meyers
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us