UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801

April 4, 2008

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

                  RE: Thomas v. Carroll et al
                  Civil Action No. 04-159 JJF
                  USCA No. 06-2282

Dear Ms. Waldron:

    The Actual Record is being sent DI# 36.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.

    Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

                          Very truly yours,

                           /s/ Elizabeth Strickler
                            Deputy Clerk

Enclosures                Sign here  _____